UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Jason E. Basnett,             \*
    Plaintiff            \*
                           \*
v.                            \*      Case No. 1:20-cv-01197-SE
                           \*
SRS Distribution, Inc.,       \*
    Defendant            \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1) (A)( ii) and without costs. All rights of appeal are hereby waived.

Respectfully submitted,
JASON E. BASNETT
By his attorneys,

/s/ Benjamin T. King
Benjamin T. King, NH Bar #12888
DOUGLAS, LEONARD & GARVEY, P.C.
14 South Street, Suite 5
Concord, NH 03301
(603) 224-1988
benjamin@nhlawoffice.com

Date: June 25, 2024

Respectfully submitted,
SRS DISTRIBUTION, INC.
By its attorneys,

/s/ Danielle Y. Vanderzanden
Danielle Y. Vanderzanden, NH Bar #8734
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
(617) 994-5700
dani.vanderzanden@ogletree.com

Date: June 25, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

/s/ Benjamin T. King
Benjamin T. King